UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS B. RIOS, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTSIDE MEDICAL GROUP, INC.;<br>DONALD POLADIAN, D.C., an<br>individual; DOES 1 through 100; and<br>ROES 101-200, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00095-AWI-SMS<br><br>**STIPULATED JUDGMENT** |

In this action, Defendants Westside Medical Group, Inc., and Donald Poladian, having been regularly served with process and having agreed to settle the above captioned matter for a total of $90,000, Judgment is hereby entered pursuant to the stipulation of the Parties against Westside Medical Group, Inc., and Donald Poladian, jointly and severally.

WHEREFORE BY VIRTUE OF LAW AND THE STIPULATION OF THE PARTIES, it is hereby ordered, adjudged, and decreed, that Plaintiff Tomas Rios is

hereby awarded Judgment against Defendants Westside Medical Group, Inc., and Donald Poladian, jointly and severally, as follows:

1. Damages in the amount of $90,000 (the "Judgment Amount"); and
2. Post-Judgment interest at the rate of 10% per annum, to accrue interest beginning on February 10, 2015, and continuing thereafter until the Judgment is paid in full.

IT IS FURTHER ORDERED that this Judgment shall be augmented in the amount of the costs and attorneys' fees expended in obtaining and collecting said Judgment by execution, as shall be established by Affidavit.

IT IS SO ORDERED.

Dated:   February 19, 2015                          _____
                                                    SENIOR  DISTRICT  JUDGE